THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Michael John McLeod, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> Valve Corporation, *et al.*, <br><br> Defendants. | Case No. 2:16-cv-01227-JCC <br><br> **DECLARATION OF COLEMAN W. WATSON, ESQ. IN SUPPORT OF DEFENDANTS CSGO LOTTO, INC. AND TREVOR A. MARTIN'S MOTION FOR ATTORNEYS' FEES** |

**I, COLEMAN W. WATSON**, declare and affirm as follows:

1. My name is Coleman W. Watson, and I am over 18 years of age. I am competent and qualified to make this declaration.

2. I am an attorney for Defendants, CSGO Lotto, Inc. and Trevor A. Martin (hereinafter "Lotto" and "Martin"). As such, I am authorized to make this declaration on behalf of Lotto and Martin in support of their motion for attorneys' fees against Plaintiffs.

3. I am licensed to practice law in the States of California, New York, Florida, and Georgia, as well as before the United States Patent & Trademark Office. I have been a practicing attorney for approximately seven years. Although I am not admitted to practice

DECLARATION OF COLEMAN W. WATSON, ESQ. IN SUPPORT
OF DEFENDANTS CSGO LOTTO AND TREVOR A. MARTIN'S
MOTION FOR ATTORNEYS' FEES - 1
Case No. 2:16-CV-01227-JCC

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel. (407) 377-6634 / Fax (407) 377-6688

1    law in Washington, I am admitted *pro hac vice* before this court to represent Lotto and

2    Martin in this proceeding.

3        4.    I have personal knowledge of the facts stated herein, or I have derived such

4    knowledge from reviewing my records pertaining to this action. To the best of my

5    knowledge, the facts stated in the motion for attorneys' fees are true and correct, and are

6    incorporated herein by reference.

7        5.    Attorneys' fees requested by this declaration include work completed by

8    attorneys with Watson LLP, as of September 1, 2016, which is the date on which Lotto and

9    Martin filed the motion to dismiss the amended class action complaint. Additionally, fees

10    requested include local counsel, AKW Law, PLLC, that such counsel incurred as of that date.

11        6.    In prosecuting this action on behalf of Lotto and Martin, I and other attorneys

12    and paralegals at Watson LLP expended the amounts of time, and at the noted billing rates,

13    as set forth in **Exhibit "1,"** attached hereto, which are the billing records of Watson LLP

14    from August 4, 2016 (*i.e.*, filing date of the complaint) through September 1, 2016 (*i.e.*, filing

15    date of the motion to dismiss the amended class action complaint). However, it is

16    appropriate to remove amounts of time from the billing records that is unrelated to Lotto and

17    Martin's defense of this action. Thus, although page 2 of Exhibit 1 indicates a total of 91.10

18    hours and $35,073.50 dollars, upon removing the unrelated time entries, the adjusted total is

19    87.50 hours and $33,687.50 dollars.

20        7.    In addition to the foregoing, the billing records show a series of time entries

21    from August 21, 2016 through September 1, 2016, reflecting the total amount of time spent

22    by Watson LLP on Lotto and Martin's motion to dismiss the first amended complaint. Given

23    that the motion to dismiss contained three discrete arguments for dismissal, and the court

**DECLARATION OF COLEMAN W. WATSON, ESQ. IN SUPPORT OF DEFENDANTS CSGO LOTTO AND TREVOR A. MARTIN'S MOTION FOR ATTORNEYS' FEES - 2**
Case No. 2:16-CV-01227-JCC

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel. (407) 377-6634 / Fax (407) 377-6688

only granted dismissal on one of these arguments, it is also appropriate to downwardly adjust the hours by 66%, for a total of **29.17 hours** and **$11,229.17** dollars.

8. In prosecuting this action on behalf of Lotto and Martin, attorneys and paralegals at AKW Law, PLLC expended the amounts of time, and at the noted billing rates, as set forth in **Exhibit "2,"** attached hereto, which are the billing records of AKW Law, PLLC from August 17, 2016 through September 1, 2016.

9. The total amounts of reasonable and recoverable attorneys' fees Lotto and Martin incurred from August 4, 2016 through September 1, 2016, is **$11,970.17.** The total is based on $11,229.17 from Watson LLP and $741.00 from local counsel, AKW Law, PLLC. *See* Ex. 1, 2. This amount is also based on adjusted total hours of **31.77** hours (29.17 from Watson LLP and 2.6 from AKW Law, PLLC), which is reasonable considering the complexity of this action, and the multitude of parties.

10. I believe the hourly rates charged by the attorneys and paralegals at Watson LLP and AKW Law, PLLC, as well as the adjusted total hours, in the prosecution of this matter are reasonable and customary for litigation of this nature in this federal district.

I DECLARE under penalty of perjury that the foregoing is true and correct.

**DATED** this 18th day of October, 2016.

*Coleman Watson*
Coleman W. Watson, Esq.

**DECLARATION OF COLEMAN W. WATSON, ESQ. IN SUPPORT OF DEFENDANTS CSGO LOTTO AND TREVOR A. MARTIN'S MOTION FOR ATTORNEYS' FEES - 3**
Case No. 2:16-CV-01227-JCC

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel. (407) 377-6634 / Fax (407) 377-6688

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 09/01/2016 | 16-0008 | Continue researching case law and draft motion to dismiss first amended class action complaint. Billed on Invoice 608 | Coleman Watson 7.50 | $385.00 | $2,887.50 |
| 08/31/2016 | 16-0008 | Continue researching case law and draft motion to dismiss first amended class action complaint. Billed on Invoice 608 | Coleman Watson 8.20 | $385.00 | $3,157.00 |
| 08/30/2016 | 16-0008 | Continue researching case law and draft motion to dismiss first amended class action complaint. Billed on Invoice 608 | Coleman Watson 6.30 | $385.00 | $2,425.50 |
| 08/29/2016 | 16-0008 | Continue researching case law and draft motion to dismiss first amended class action complaint. Billed on Invoice 608 | Coleman Watson 7.40 | $385.00 | $2,849.00 |
| 08/28/2016 | 16-0008 | Continue researching case law and draft motion to dismiss first amended class action complaint. Billed on Invoice 608 | Coleman Watson 6.80 | $385.00 | $2,618.00 |
| 08/27/2016 | 16-0008 | Continue researching case law and draft motion to dismiss first amended class action complaint. Billed on Invoice 608 | Coleman Watson 5.50 | $385.00 | $2,117.50 |
| 08/26/2016 | 16-0008 | Continue researching case law and draft motion to dismiss first amended class action complaint. Billed on Invoice 608 | Coleman Watson 6.40 | $385.00 | $2,464.00 |
| 08/25/2016 | 16-0008 | Continue researching case law and draft motion to dismiss first amended class action complaint. Billed on Invoice 608 | Coleman Watson 8.30 | $385.00 | $3,195.50 |
| 08/24/2016 | 16-0008 | Continue researching case law and draft motion to dismiss first amended class action complaint. Billed on Invoice 608 | Coleman Watson 7.30 | $385.00 | $2,810.50 |
| 08/23/2016 | 16-0008 | Continue researching case law and draft motion to dismiss first amended class action complaint. Billed on Invoice 608 | Coleman Watson 7.70 | $385.00 | $2,964.50 |
| 08/22/2016 | 16-0008 | Continue researching case law and draft motion to dismiss first amended class action complaint. Billed on Invoice 608 | Coleman Watson 4.40 | $385.00 | $1,694.00 |
| 08/21/2016 | 16-0008 | Research case law and draft motion to dismiss first amended class action complaint. Billed on Invoice 608 | Coleman Watson 4.60 | $385.00 | $1,771.00 |
| 08/18/2016 | 16-0008 | REDACTED | Coleman Watson 0.30 | $385.00 | $115.50 |
| 08/18/2016 | 16-0008 | Draft correspondence to opposing counsel concerning extension of time to respond to class action complaint and concerning the Steam accounts of Plaintiffs. Billed on Invoice 608 | Coleman Watson 0.60 | $385.00 | $231.00 |

EXHIBIT 1

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 08/18/2016 | 16-0008 | REDACTED | Coleman Watson<br>1.40 | $385.00 | $539.00 |
| 08/18/2016 | 16-0008 | Review ESI questionnaires from custodians and provide instruction to ESI vendor for collection purposes.<br>Billed on Invoice 608 | Coleman Watson<br>3.20 | $385.00 | $1,232.00 |
| 08/17/2016 | 16-0008 | Draft correspondence to local counsel concerning admission pro hac vice in the U.S. District Court for the Western District of Washington.<br>Billed on Invoice 608 | Coleman Watson<br>0.50 | $385.00 | $192.50 |
| 08/17/2016 | 16-0008 | Review Ninth Circuit case law concerning whether motions to appear pro hac vice constitute a waiver of personal jurisdiction.<br>Billed on Invoice 608 | Coleman Watson<br>0.60 | $385.00 | $231.00 |
| 08/16/2016 | 16-0008 | REDACTED | Coleman Watson<br>1.10 | $385.00 | $423.50 |
| 08/16/2016 | 16-0008 | REDACTED | Coleman Watson<br>0.80 | $385.00 | $308.00 |
| 08/08/2016 | 16-0008 | Teleconference with ESI vendor concerning ESI collection from Trevor Martin and Ben Davis.<br>Billed on Invoice 608 | Coleman Watson<br>0.80 | $385.00 | $308.00 |
| 08/04/2016 | 16-0008 | Draft correspondence concerning ESI collection to custodians.<br>Billed on Invoice 608 | Coleman Watson<br>0.80 | $385.00 | $308.00 |
| 08/04/2016 | 16-0008 | Conduct teleconference with Valve's counsel concerning preliminary strategy in the lawsuits.<br>Billed on Invoice 608 | Coleman Watson<br>0.60 | $385.00 | $231.00 |
| | | | 91.10 | | $35,073.50 |



**AKW Law PLLC**
6100 219th St. SW
Suite 480
Mountlake Terrace, WA 98043
United States
8559259529

**Coleman Watson**

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 128023 |
| **Invoice Date** | September 11, 2016 |
| **Payment Terms** | Net 30 |
| **Due Date** | October 11, 2016 |

## McLeod, et al. v. Valve Corp., et al.

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 08/17/2016 | AW | Draft | Draft application for leave to appear PHV and research re personal jurisdiction and timing of motions, and email co-counsel re same. | 285.00 | 0.6 | 171.00 |
| 08/18/2016 | AW | Finalize | Finalize application and NOA and filing. | 285.00 | 0.2 | 57.00 |
| 08/31/2016 | AW | Review | Review draft motion to dismiss and email Coleman feedback. | 285.00 | 1.2 | 342.00 |
| 09/01/2016 | AW | Review | Review draft of motion to dismiss and emails with Coleman. | 285.00 | 0.6 | 171.00 |
| | | | | Totals: | **2.6** | **$741.00** |

### Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 08/18/2016 | AW | File | File PHV application. | 226.00 | 1.0 | 226.00 |
| | | | | Expense Total: | | **$226.00** |

**Notes:**

If you have funds in trust, please note that fees and costs shall be withdrawn from funds held in trust five (5) days after mailing of the invoice, absent objection or concern raised by the Client. Should you elect to pay via check, card, or money order instead of having the funds withdrawn from trust, please contact Trisha Bernardo (info@akwlawpllc.com) to notify her of such within 5 days of mailing of the invoice. Thank you.

| | |
|---|---|
| Time Entry Sub-Total: | 741.00 |
| Expense Sub-Total: | 226.00 |
| **Sub-Total:** | 967.00 |
| **Total:** | 967.00 |
| **Amount Paid:** | 967.00 |
| **Balance Due:** | **$0.00** |

EXHIBIT 2

# Payment History

| Activity | Date | Pay Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | 09/11/2016 | Trust | $967.00 | Coleman Watson (Co-counsel) | Operating Account |

# Account Summary

### Coleman Watson's Trust History

Balance As Of 09/11/2016: $4,033.00

| Date | Related To | Details | Amount | Balance |
|---|---|---|---|---|
| 09/11/2016 | 128023 | Payment from trust | -$967.00 | $4,033.00 |
| 08/17/2016 | -- | Trust deposit | $5,000.00 | $5,000.00 |